# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**KNOWLEDGE WHITE,**

    **Plaintiff,**

**vs.**          **Case No.: 2:12-cv-1125**
                 **JUDGE SMITH**
                 **Magistrate Judge Deavers**

**JOHN KASICH,** *et al.***,**

    **Defendants.**

## ORDER

On June 3, 2013, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this case be sua sponte dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.  This case is hereby dismissed pursuant to Rule 41(b) for failure to prosecute.**

    **IT IS SO ORDERED**.

                           */s/ George C. Smith*
                           **GEORGE C. SMITH, JUDGE**
                           **UNITED STATES DISTRICT COURT**